# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBETECTRUST, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>AT&T INC.;<br>AT&T OPERATIONS, INC.;<br>AT&T SERVICES, INC.; and<br>AT&T VIDEO SERVICES, INC.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 12-1234-RGA |
| GLOBETECTRUST, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>CSC HOLDINGS, LLC,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 12-1236-RGA |
| GLOBETECTRUST, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 12-1238-RGA |
| GLOBETECTRUST, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>CONSOLIDATED COMMUNICATIONS<br>HOLDINGS, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 12-1239-RGA |

| | |
|---|---|
| GLOBETECTRUST, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 12-1241-RGA |
| COX COMMUNICATIONS, INC., | ) |
| Defendant. | ) |

| | |
|---|---|
| GLOBETECTRUST, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 12-1242-RGA |
| EARTHLINK, INC., | ) |
| Defendant. | ) |

| | |
|---|---|
| GLOBETECTRUST, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 12-1243-RGA |
| FAIRPOINT COMMUNICATIONS, INC., | ) |
| Defendant. | ) |

| | |
|---|---|
| GLOBETECTRUST, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 12-1244-RGA |
| FRONTIER COMMUNICATIONS CORPORATION, | ) |
| Defendant. | ) |

GLOBETECTRUST, LLC,                      )
                                         )
                    Plaintiff,           )
                                         )
        v.                               )     C.A. No. 12-1247-RGA
                                         )
MEDIACOM COMMUNICATIONS                  )
CORP., and MEDIACOM BROADBAND            )
LLC,                                     )
                                         )
                    Defendants.          )
                                         )

GLOBETECTRUST, LLC,                      )
                                         )
                    Plaintiff,           )
                                         )
        v.                               )     C.A. No. 12-1248-RGA
                                         )
TIME WARNER CABLE INC.,                  )
                                         )
                    Defendant.           )
                                         )

GLOBETECTRUST, LLC,                      )
                                         )
                    Plaintiff,           )
                                         )
        v.                               )     C.A. No. 12-1249-RGA
                                         )
VERIZON SERVICES CORP.; and              )
VERIZON CORPORATE RESOURCES              )
GROUP, LLC,                              )
                                         )
                    Defendants.          )
                                         )

GLOBETECTRUST, LLC,                      )
                                         )
                    Plaintiff,           )
                                         )
        v.                               )     C.A. No. 12-1251-RGA
                                         )
WINDSTREAM CORPORATION,                  )
                                         )
                    Defendant.           )



|  |  |
|---|---|
| GLOBETECTRUST, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>COX COMMUNICATIONS INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      C.A. No. 13-481-RGA |
| GLOBETECTRUST, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>FRONTIER COMMUNICATIONS<br>CORPORATION,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      C.A. No. 13-482-RGA |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendants, subject to the approval of the Court, that the time to submit the Protective Order in these actions shall be extended to September 27, 2013.

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (Bar No. 3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
kdorsney@morrisjames.com

*Counsel for Plaintiff GlobeTecTrust LLC*

SEITZ ROSS ARONSTAM & MORITZ LLP

*/s/ Benjamin J. Schladweiler*
Collins J. Seitz, Jr. (Bar No. 2237)
Benjamin J. Schladweiler (Bar No. 4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com

*Counsel for Defendants AT&T Inc., AT&T Operations Inc., AT&T Services Inc., AT&T Video Services Inc., Verizon Services Corp., and Verizon Corporate Resources Group LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (Bar No. 1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Counsel for CSC Holdings, LLC*

POTTER ANDERSON & CORROON, LLP

*/s/ David Ellis Moore*
David Ellis Moore (Bar No. 3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
dmoore@potteranderson.com

*Counsel for Consolidated Communications Holdings, Inc.*

POTTER ANDERSON & CORROON, LLP

*/s/ David Ellis Moore*
Richard L. Horwitz (Bar No. 2446)
David Ellis Moore (Bar No. 3983)
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Counsel for Earthlink, Inc.*

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
Steven J. Balick (Bar No. 2114)
Lauren E. Maguire (Bar No. 4261)
Andrew C. Mayo (Bar No. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Counsel for Charter Communications, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (Bar No. 1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Counsel for Cox Communications, Inc.*

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (Bar No. 3630)
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
(302) 472-7311
dgattuso@proctorheyman.com

*Counsel for FairPoint Communications, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Roger Dallery Smith, II*
Rodger Dallery Smith , II (Bar No. 3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 351-9205
rdsefiling@mnat.com

*Counsel for Frontier Communications
Corporation*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (Bar No. 4395)
One Rodney Square
920 N. King Street
Wilmington, DE  19801
(302) 651-7705
farnan@rlf.com

*Counsel for Time Warner Cable Inc.*

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
Steven J. Balick (Bar No. 2114)
Lauren E. Maguire (Bar No. 4261)
Andrew C. Mayo (Bar No. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Counsel for Mediacom Communications
Corporation and Mediacom Broadband LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
Thomas C. Grimm (Bar No. 1098)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
tcgefiling@mnat.com

*Counsel for Windstream Corporation*

Dated:  August 23, 2013

**IT IS SO ORDERED**, this _____ day of _____ 2013.

_____
United States District Judge Richard G. Andrews