**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLOBETECTRUST LLC,<br><br>      Plaintiff,<br><br>v.<br><br>AT&T INC.;<br>AT&T OPERATIONS, INC.;<br>AT&T SERVICES, INC.;<br>AT&T VIDEO SERVICES, INC.,<br><br>      Defendants. | Civil Action No. 12-1234-RGA |
| GLOBETECTRUST LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CSC HOLDINGS, LLC,<br><br>      Defendant. | Civil Action No. 12-1236-RGA |
| GLOBETECTRUST LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>      Defendant. | Civil Action No. 12-1238-RGA |

1

| | |
|---|---|
| GLOBETECTRUST LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CONSOLIDATED COMMUNICATIONS HOLDINGS, INC.,<br><br>    Defendant. | Civil Action No. 12-1239-RGA |
| GLOBETECTRUST LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 12-1241-RGA |
| GLOBETECTRUST LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EARTHLINK, INC.,<br><br>    Defendant. | Civil Action No. 12-1242-RGA |

| | |
|---|---|
| GLOBETECTRUST LLC,<br><br>      Plaintiff,<br><br>v.<br><br>FAIRPOINT COMMUNICATIONS, INC.,<br><br>      Defendant. | Civil Action No. 12-1243-RGA |
| GLOBETECTRUST LLC,<br><br>      Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION,<br><br>      Defendant. | Civil Action No. 12-1244-RGA |
| GLOBETECTRUST LLC,<br><br>      Plaintiff,<br><br>v.<br><br>MEDIACOM COMMUNICATIONS CORP. and MEDIACOM BROADBAND LLC,<br><br>      Defendants. | Civil Action No. 12-1247-RGA |

| | |
|---|---|
| GLOBETECTRUST LLC,<br><br>          Plaintiff,<br><br>v.<br><br>TIME WARNER CABLE INC.,<br><br>          Defendant. | Civil Action No. 12-1248-RGA |
| GLOBETECTRUST LLC,<br><br>          Plaintiff,<br><br>v.<br><br>VERIZON SERVICES CORP. and VERIZON CORPORATE RESOURCES GROUP LLC,<br><br>          Defendants. | Civil Action No. 12-1249-RGA |
| GLOBETECTRUST LLC,<br><br>          Plaintiff,<br><br>v.<br><br>WINDSTREAM CORPORATION,<br><br>          Defendant. | Civil Action No. 12-1251-RGA |

| | |
|---|---|
| GLOBETECTRUST LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS INC.,<br><br>　　　　Defendant. | Civil Action No. 13-481-RGA |
| GLOBETECTRUST LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 13-482-RGA |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following document, **PLAINTIFF GLOBETECTRUST LLC'S RULE 26(a)(1) INITIAL DISCLOSURES,** were served upon the attorneys listed below as indicated this 29th day of August, 2013:

<u>VIA EMAIL</u>
Collins J. Seitz, Jr.
Benjamin J. Schladweiler
SEITZ ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
bschladweiler@seitzross.com

*Attorneys for Defendants AT&T Inc.,
AT&T Operations, Inc., AT&T Services,
Inc., and AT&T Video Services, Inc.*

<u>VIA EMAIL</u>
Bryant C. Boren, Jr.
Kevin E. Cadwell
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
bryant.c.boren@bakerbotts.com
kevin.cadwell@bakerbotts.com

<u>VIA EMAIL</u>
Roger Fulghum
Lisa Kelly
Ali Dhanani
William P. Rothwell
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, TX 77002
roger.fulghum@bakerbotts.com
lisa.kelly@bakerbotts.com
ali.dhanani@bakerbotts.com
william.rothwell@bakerbotts.com

*Attorneys for Defendants AT&T Inc.,
AT&T Operations, Inc., AT&T Services,
Inc., and AT&T Video Services, Inc.*

<u>VIA EMAIL</u>
Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com

*Attorneys for Defendant CSC Holdings, LLC*

<u>VIA EMAIL</u>
Benjamin Hershkowirtz
R. Scott Roe
Joshua Dubin
Steven S. Kim
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
bhershkowitz@gibsondunn.com
sroe@gibsondunn.com
jdubin@gibsondunn.com
sskim@gibsondunn.com

VIA EMAIL
Nathan R. Curtis
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
ncurtis@gibsondunn.com

*Attorneys for Defendant CSC Holding, LLC*

VIA EMAIL
Steven J. Balick
Lauren E. Maguire
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant Charter Communications, Inc.*

VIA EMAIL
Thomas L. Duston
Kevin D. Hogg
John R. Labbe
Sarah J. Kalemeris
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606
tduston@marshallip.com
khogg@marshallip.com
jlabbe@marshallip.com
skalemeris@marshallip.com

*Attorneys for Defendant Charter Communications, Inc.*

VIA EMAIL
Richard L. Horwitz
Dave E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Consolidated Communications Holdings, Inc.*

VIA EMAIL
Brian D. Siff
Gina M. Bassi
Henry P. Behnen
SCHIFF HARDIN LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
bsiff@schiffhardin.com
gbassi@schiffhardin.com
hbehnen@schiffhardin.com

*Attorneys for Defendant Consolidated Communications Holdings, Inc.*

VIA EMAIL
Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com

*Attorneys for Defendant Cox Communications, Inc.*

VIA EMAIL
Richard L. Horwitz
Dave E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant EarthLink, Inc.*

VIA EMAIL
Dominick T. Gattuso
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
dgattuso@proctorheyman.com

*Attorneys for Defendant FairPoint Communications, Inc.*

VIA EMAIL
Mitchell G. Stockwell
Vaibhav P. Kadaba
Richard W. Goldstucker
KILPATRICK TOWNSEND & STOCKTON, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Mstockwell@kilpatricktownsend.com
Wkadaba@kilpatricktownsend.com
rgoldstucker@kilpatricktownsend.com

*Attorneys for Defendant Cox Communications, Inc.*

VIA EMAIL
Holmes J. Hawkins, III
Laura S. Huffman
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
hhawkins@kslaw.com
lhuffmann@kslaw.com

VIA EMAIL
Steven T. Snyder
Anup Shah
King & SPALDING LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC 28202
ssnyder@kslaw.com
ashah@kslaw.com

*Attorneys for Defendant EarthLink. Inc.*

VIA EMAIL
Henry B. Ward
Mark J. Wilson
Jonathan Watkins
MOORE & VAN ALLEN PLLC
1000 North Tryon Street, Suite 4700
Charlotte, NC 28202
henryward@mvalaw.com
markwilson@mvalaw.com
jonathanwatkins@mvalaw.com

*Attorneys for Defendant FairPoint Communications, Inc.*

VIA EMAIL
Rodger D. Smith II
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
rsmith@mnat.com

*Attorneys for Defendant Frontier Communications Corporation*

VIA EMAIL
Michael J. Newton
Stacey G. White
ALSTON & BIRD LLP
2828 North Harwood Street, 18th Floor
Dallas, TX 75201
mike.newton@alston.com
michael.lee@alston.com

*Attorneys for Defendant Frontier Communications Corporation*

VIA EMAIL
Steven J. Balick
Lauren E. Maguire
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants Mediacom Communications Corp. and Mediacom Broadband LLC*

VIA EMAIL
Mitchell D. Lukin
Robinson Vu
Natalie Alfaro
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, TX 77002
mitch.lukin@bakerbotts.com
robinson.vu@bakerbotts.com
natalie.alfaro@bakerbotts.com

*Attorneys for Defendants Mediacom Communications Corp. and Mediacom Broadband LLC*

VIA EMAIL
Jeffrey L. Moyer
Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
farnan@rlf.com

*Attorneys for Defendant Time Warner Cable Inc.*

VIA EMAIL
David S. Benyacar
Daniel L. Reisner
David Soofian
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
david.benyacar@kayescholer.com
daniel.reisner@kayescholer.com
david.soofian@kayescholer.com

*Attorneys for Defendant Time Warner Cable Inc.*

9

VIA EMAIL
Collins J. Seitz, Jr.
Benjamin J. Schladweiler
SEITZ ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
bschladweiler@seitzross.com

*Attorneys for Defendants Verizon Services Corp. and Verizon Corporate Resources Group LLC*

VIA EMAIL
Charles B. Molster, III
Andrew R. Sommer
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006
cmolster@winston.com
asommer@winston.com

Kurt A. Mathas
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
kmathas@winston.com

*Attorneys for Defendants Verizon Services Corp. and Verizon Corporate Resources Group LLC*

VIA EMAIL
Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
tgrimm@mnat.com

*Attorneys for Defendant Windstream Corporation*

VIA EMAIL
Neil L. Arney
Meshach Y. Rhoades
Kutak Rock LLP
1801 California Street, Suite 3100
Denver, CO 80202
neil.arney@kutakrock.com
meshach.rhoades@kutakrock.com

*Attorneys for Defendant Windstream Corporation*

Dated: August 29, 2013

          */s/ Kenneth L. Dorsney*
         Kenneth L. Dorsney (#3726)
         MORRIS JAMES LLP
         500 Delaware Avenue, Suite 1500
         Wilmington, DE 19801
         (302) 888-6800
         kdorsney@morrisjames.com

         *Attorneys for Plaintiff GlobeTecTrust LLC*