**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLOBETECTRUST LLC,<br><br>                      Plaintiff,<br><br>     v.<br><br>AT&T INC.;<br>AT&T OPERATIONS, INC.;<br>AT&T SERVICES, INC.; and<br>AT&T VIDEO SERVICES, INC.<br><br>                      Defendants. | Civil Action No. 12-1234 (RGA)<br><br>**JURY TRIAL DEMANDED** |
| GLOBETECTRUST LLC,<br><br>                      Plaintiff,<br><br>     v.<br><br>CHARTER COMMUNICATIONS, INC.<br><br>                      Defendant. | Civil Action No. 12-1238 (RGA)<br><br>**JURY TRIAL DEMANDED** |
| GLOBETECTRUST LLC,<br><br>                      Plaintiff,<br><br>     v.<br><br>CONSOLIDATED COMMUNICATIONS<br>HOLDINGS, INC.<br><br>                      Defendant. | Civil Action No. 12-1239 (RGA)<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| GLOBETECTRUST LLC, | |
| Plaintiff, | Civil Action No. 12-1241 (RGA) |
| v. | **JURY TRIAL DEMANDED** |
| COX COMMUNICATIONS, INC. | |
| Defendant. | |
| GLOBETECTRUST LLC, | |
| Plaintiff, | Civil Action No. 12-1243 (RGA) |
| v. | **JURY TRIAL DEMANDED** |
| FAIRPOINT COMMUNICATIONS, INC. | |
| Defendant. | |
| GLOBETECTRUST LLC, | |
| Plaintiff, | Civil Action No. 12-1244 (RGA) |
| v. | **JURY TRIAL DEMANDED** |
| FRONTIER COMMUNICATIONS CORPORATION, | |
| Defendant. | |
| GLOBETECTRUST LLC, | |
| Plaintiff, | Civil Action No. 12-1247 (RGA) |
| v. | **JURY TRIAL DEMANDED** |
| MEDIACOM COMMUNICATIONS CORP. and MEDIACOM BROADBAND LLC | |
| Defendants. | |

| | |
|---|---|
| GLOBETECTRUST LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>WINDSTREAM CORPORATION,<br><br>                Defendant. | Civil Action No. 12-1251 (RGA)<br><br>**JURY TRIAL DEMANDED** |
| GLOBETECTRUST LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC.<br><br>                Defendant. | Civil Action No. 13-481 (RGA)<br><br>**JURY TRIAL DEMANDED** |
| GLOBETECTRUST LLC<br><br>                Plaintiff,<br><br>    v.<br><br>FRONTIER COMMUNICATIONS CORPORATION<br><br>                Defendant. | Civil Action No. 13-482 (RGA)<br><br>**JURY TRIAL DEMANDED** |

## **STIPULATION AND ORDER TO EXTEND TIME**

      IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, that the time to submit the Protective Order in these actions shall be extended to November 8, 2013.

Dated: October 24, 2013

| | |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Benjamin J. Schladweiler* |
| Kenneth L. Dorsney (#3726) | Collins J. Seitz, Jr. (#2237) |
| MORRIS JAMES LLP | Benjamin J. Schladweiler (#4601) |
| 500 Delaware Avenue, Suite 1500 | SEITZ ROSS ARONSTAM MORITZ LLP |
| Wilmington, DE 19801 | 100 S. West Street, Suite 400 |
| (302) 888-6800 | Wilmington, DE 19801 |
| kdorsney@morrisjames.com | (302) 576-1600 |
| | cseitz@seitzross.com |
| *Attorneys for Plaintiff GlobeTecTrust LLC* | bschladweiler@seitzross.com |
| | |
| | *Attorneys for Defendants AT&T Inc., AT&T Operations Inc., AT&T Services Inc., AT&T Video Services Inc., Verizon Services Corp., and Verizon Corporate Resources Group LLC* |
| | |
| */s/ Andrew C. Mayo* | */s/ Bindu A. Palapura* |
| Steven J. Balick (#2114) | Richard L. Horwitz (2246) |
| Lauren E. Maguire (#4261) | David E. Moore (#3983) |
| Andrew C. Mayo (#5207) | Bindu A. Palapura (#5370) |
| ASHBY & GEDDES | POTTER ANDERSON & CORROON, LLP |
| 500 Delaware Avenue, 8th Floor | 1313 North Market Street |
| P.O. Box 1150 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899 | P.O. Box 951 |
| (302) 654-1888 | Wilmington, DE 19899 |
| sbalick@ashby-geddes.com | (302) 984-6000 |
| lmaguire@ashby-geddes.com | rhorwitz@potteranderson.com |
| amayo@ashby-geddes.com | dmoore@potteranderson.com |
| | |
| *Attorneys for Defendant Charter Communications, Inc.* | *Attorneys for Defendant Consolidated Communications Holdings, Inc.* |
| | |
| */s/ Jack B. Blumenfeld* | */s/ Dominick T. Gattuso* |
| Jack B. Blumenfeld (#1014) | Dominick T. Gattuso (#3630) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PROCTOR HEYMAN LLP |
| 1201 North Market Street | 300 Delaware Avenue, Suite 200 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 472-7311 |
| (302) 658-9200 | dgattuso@proctorheyman.com |
| jblumenfeld@mnat.com | |
| | *Attorneys for Defendant FairPoint Communications, Inc.* |
| *Attorneys for Defendant Cox Communications, Inc.* | |

4

| | |
|---|---|
| */s/ Rodger D. Smith, II* | */s/ Andrew C. Mayo* |
| Rodger D. Smith, II (#3778) | Steven J. Balick (#2114) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Lauren E. Maguire (#4261) |
| | Andrew C. Mayo (#5207) |
| 1201 North Market Street | ASHBY & GEDDES |
| P.O. Box 1347 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899 | P.O. Box 1150 |
| (302) 658-9200 | Wilmington, DE 19899 |
| rsmith@mnat.com | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| *Attorneys for Defendant Frontier Communications Corporation* | lmaguire@ashby-geddes.com |
| | amayo@ashby-geddes.com |
| | |
| | *Attorneys for Defendants Mediacom Communications Corporation and Mediacom Broadband LLC* |

  */s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)
MORRIS, NICHOLS, ARSHT &
    TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
tgrimm@mnat.com

*Attorneys for Defendant Windstream Corporation*

**SO ORDERED** this _____ day of _____, 2013

                                          _____
                                          United States District Judge